# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

12-4542

Raymond Demaio v. Right Management Inc

3-10-cv-03475

# O R D E R

The Court has received the Brief from **Appellee Right Management Inc**.

**The brief does not comply with the following Court requirements:**

**Contents of Brief See FRAP 28- The following is/are missing:**

**.** Citations in table of authorities do not conform with 3rd Cir. LAR 28.3 (All NJ Cases)

**.** Certificate of Service

**Action Required Regarding Brief:**

In order to cure errors with respect to CONTENT, **Right Management Inc** must file an addendum containing an amended table of authorities and the missing section(s) of the brief listed above in electronic and paper format (10 paper copies with RED front and back covers).

This Order does not change the deadline for filing the next brief.

**Counsel or the party(ies) must correct the above listed deficiencies by 04/26/2013. No action will be taken on the document until the error(s) has (have) been corrected.**

**Pursuant to 3rd Cir. LAR Misc. 107.3 and 3rd Cir. LAR Misc. 113, if a party fails to comply with the electronic filing requirements, despite notice by the Clerk, the Court may impose sanctions. Such sanctions include, but are not limited to, imposition of costs, disciplinary sanctions, and dismissal of the case.**

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date:  4/23/2013

**EMA/cc:**      Heather R. Boshak, Esq.
            Douglas S. Bramley, Esq.

**For questions please contact the Clerk's Office at 267-299-4941.**