Case No. 12-4542

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

RAYMOND L. DEMAIO,
*Plaintiff-Appellant*,

v.

RIGHT MANAGEMENT INC.
*Defendant-Appellee*.

### On Appeal from the United States District Court for the District of New Jersey

### ADDENDUM TO BRIEF OF APPELLEE

Heather R. Boshak
FOX ROTHSCHILD LLP
Attorneys for Defendant
Right Management Inc.
75 Eisenhower Parkway, Suite 200
Roseland, New Jersey 07068
Telephone: (973) 992-4800
Facsimile:  (973) 992-9125

# **AMENDED TABLE OF AUTHORITIES**

**Page(s)**

**CASES**

American Medical Imaging Corp. v. St. Paul Fire & Marine Ins. Co.,
    949 F.2d 690 (3d Cir. 1991) ............................................................................. 26

Anderson v. Liberty Lobby, Inc.,
    477 U.S. 242 (1986) .................................................................................. 27, 35

Billet v. CIGNA Corp.,
    940 F.2d 812 (3d Cir. 1991) ....................................................................... 57, 60

Bohl v. Federal Express Corp.,
    No. 03-5492, 2005 WL 1334627 (D.N.J. Jun. 3, 2005) .................................. 38

Bowles v. City of Camden,
    993 F.Supp. 255 (D.N.J. 1998) ................................................................... 52, 54

Catullo v. Libety Mutual Group, Inc.,
    No. 12-1914, 2013 WL 142472 (C.A.3 (N.J.) Jan. 14, 2013) ................... 31, 34

Celotex Corp. v. Catrett,
    477 U.S. 317 (1986) ........................................................................................ 26

Chou v. Rutgers,
    283 N.J. Super. 524, 662 A.2d 986 (App. Div. 1995) .................................... 60

Deville v. Givaudan Fragrances Corp.,
    Nos. 10-2722 & 10-2323, 419 Fed.Appx. 201 (3d Cir. 2011) ........................ 34

Dungee v. Northeast Foods,
    940 F.Supp. 682 (D.N.J. 1996) ....................................................................... 42

Fowle v. C & C Cola,
    868 F.2d 59 (3d Cir. 1989) .............................................................................. 60

Fuentes v. Perskie,
    32 F.3d 759 (3d Cir. 1994) ....................................................................... 36-37, 44

Grigoletti v. Ortho Pharm. Corp.,
    118 N.J. 89, 570 A.2d 903 (1990) .............................................................. 30, 31

Healy v. New York Life Ins. Co.,
    860 F.2d 1209 (3d Cir. 1988)..................................................................................54

Holster v. McMaster-Carr Supply Co.,
    No. 06-4694, 313 Fed.Appx. 486 (3d Cir. 2008) ...................................................34

Hood v. Pfizer, Inc.,
    No. 08-1434, 322 Fed.Appx. 124 (3d Cir. 2009) ...................................53-54, 57

Hunter v. Rowan University,
    No. 04-1498, 2007 WL 1038760 (D.N.J. Mar. 30, 2007)....................................37

Hutchins v. United Parcel Service, Inc.,
    No. 01-1462, 2005 WL 1793719 (D.N.J. Jul. 26, 2005)......................................43

Johnson v. Public Services Enterprise Group,
    No. 10-3795, 2012 WL 4846148 (D.N.J. Oct. 9, 2012) ............................... 35, 36

Kautz v. Met-Pro Corp.,
    412 F.3d 463 (3d Cir. 2005) ................................................................................37

Keller v. Orix Credit Alliance, Inc.,
    130 F.3d 1101 (3d Cir. 1997)...............................................................................37

Kremp v. Wachovia Bank, N.A.,
    No. 09-2847, 2010 WL 4004481 (D.N.J. Oct. 12, 2010) ....................................39

Maiorino v. Schering-Plough Corp.,
    302 N.J. Super. 323, 897 A.2d 1063 (App. Div. 1997) ......................................43

Martinez v. National Broad. Co.,
    877 F.Supp. 219 (D.N.J. 1994) ............................................................................31

McDonnell Douglas Corp. v. Green,
    411 U.S. 792 (1973) .............................................................................................31

McGuigan v. Secretary of U.S. Department of Treasury,
    No. 10-4462, 435 Fed.Appx. 78 (3d Cir. 2011) ..................................................34

Palatnik v. Home Depot, Inc.,
    No. 04-1229, 2006 WL 680981 (D.N.J. Mar. 10, 2006)....................................42

Reich v. Schering Plough Corp.,
    No. 09-4228, 399 Fed.Appx. 762 (3d Cir. 2010) ................................................ 34

Schlichtig v. Inacom Corp.,
    271 F.Supp.2d 597 (D.N.J. 2003) ..................................................................... 52

Sempier v. Johnson & Higgins,
    45 F.3d 724 (3d Cir. 1995) ................................................................................ 52

Sgro v. Bloomberg L.P.,
    No. 05-0731, 2008 WL 918491 (D.N.J. Mar. 31, 2008) .................................... 38

Sheridan v. E.I. DuPont de Nemours and Co.,
    100 F.3d 1061 (3d Cir. 1996) ............................................................................ 27

Shields v. Zuccarini,
    254 F.3d 476 (3d Cir. 2001) .............................................................................. 26

Slater v. Susquehanna County,
    No. 11-1726, 465 Fed.Appx. 132 (3d Cir. 2012) ............................................... 34

Swarts v. Sherwin-Williams Co.,
    244 N.J. Super. 170, 581 A.2d 1328 (App. Div. 1990) ..................................... 46

Swider v. Ha-Lo Industries, Inc.,
    134 F.Supp. 2d 607 (D.N.J. 2001) ..................................................................... 43

Tomasso v. Boeing Co.,
    445 F.3d 702 (3d Cir. 2006) .............................................................................. 37

Williams v. Pemberton Twp. Public Schools,
    323 N.J. Super. 490, 733 A.2d 571 (App. Div. 1999) ....................................... 30

Young v. Hobart West Group,
    385 N.J. Super. 448, 897 A.2d 1063 (App. Div. 2005) ..................................... 42

Zive v. Stanley Roberts, Inc.,
    182 N .J. 436, 867 A.2d 1133 (2005) ........................................................... 31, 32

**STATUTES**

N.J.S.A. 10:5-1, *et seq.* ............................................................................... 1, 3, 30

**RULES**

Fed. R. Civ. P. Rule 56(c) ................................................................................ 26

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 22, 2013, I caused a true copy of the Brief of Appellee to be filed electronically with the Clerk of the Court using the CM/ECF System, which sent notice of the filing to the following registered CM/ECF user:

Douglas S. Bramley
McMoran, O'Connor & Bramley
2399 Highway 34, Building D, Suite 1
Ramshorn Executive Centre
Manasquan, NJ 08736
Counsel for Appellant

I further certify that on April 23, 2013, I caused the required ten (10) copies of the Brief of Appellee to be filed with the Clerk's Office of the United States Court of Appeals for the Third Circuit by forwarding the copies via pre-paid overnight delivery (FedEx), and further certify that I caused a copy of the Brief of Appellee to be served via pre-paid overnight delivery (FedEx) upon Counsel for Appellant at the above-list address.

/s Heather R. Boshak
Heather R. Boshak

Dated: April 24, 2013

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date of April 24, 2013, I caused a true copy of the Addendum to Brief of Appellee to be filed electronically with the Clerk of the Court using the CM/ECF System, which sent notice of the filing to the following registered CM/ECF user:

Douglas S. Bramley
McMoran, O'Connor & Bramley
2399 Highway 34, Building D, Suite 1
Ramshorn Executive Centre
Manasquan, NJ 08736
Counsel for Appellant

I further certify that on this day of April 24, 2013, I caused the required ten (10) copies of the Addendum to Brief of Appellee to be filed with the Clerk's Office of the United States Court of Appeals for the Third Circuit by forwarding the copies via pre-paid overnight delivery (FedEx), and further certify that I caused a copy of the Addendum to Brief of Appellee to be served via pre-paid overnight delivery (FedEx) upon Counsel for Appellant at the above-listed address.

/s Heather R. Boshak
Heather R. Boshak

Dated: April 24, 2013